# RECORD IMPOUNDED

**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NOS. A-1673-17T4
      A-1901-17T4

S.P.,

  Plaintiff-Appellant,

v.

S.L.P.,

  Defendant-Respondent.

_____

S.P.,

  Plaintiff-Respondent,

v.

S.L.P.,

  Defendant-Appellant.

_____

   Submitted December 17, 2019 – Decided December 30, 2019

   Before Judges Yannotti and Firko.

On appeal from the Superior Court of New Jersey, Chancery Division, Family Part, Morris County, Docket No. FV-14-0218-17.

James P. Yudes, PC, attorneys for appellant S.P. in A-1673-17 and respondent S.P. in A-1901-17 (James P. Yudes, of counsel; Elsie Gonzalez, on the briefs).

S.L.P., respondent pro se in A-1673-17 and appellant S.L.P. in A-1901-17.

PER CURIAM

The parties have advised the court these consolidated matters have been amicably resolved and have stipulated to the dismissal of these appeals. Accordingly, the appeals are dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION